### HICKS v. STATE.
#### No. 23927.

Court of Criminal Appeals of Texas.
Feb. 11, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of the offense of child desertion and his punishment assessed at two years confinement in the penitentiary.

The record before us contains neither a statement of facts nor bills of exception. There being nothing presented for our consideration, the judgment of the trial court is affirmed.